# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

| | | |
|---|---|---|
| SHANE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07 CV 445 |
| | ) | |
| DHL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On February 20, 2008, Magistrate Judge Nuechterlein issued a report and recommendation. (DE # 13.) This report explained that plaintiff Shane Williams had failed to respond to several orders, including an order directing plaintiff to explain why he had failed to comply with previous orders, and why his case should not be dismissed for failure to prosecute. (*Id.* at 1.) Plaintiff failed to respond to this order, and Magistrate Judge Nuechterlein recommended that the case be dismissed without prejudice for failure to prosecute. (*Id.* at 1-2.)

Under FEDERAL RULE OF CIVIL PROCEDURE 72(b), plaintiff had 10 days to file an objection to the report and recommendation. In the more than three weeks since the report and recommendation was issued, plaintiff has failed to respond in any way. This further supports Magistrate Judge Nuechterlein's conclusion that plaintiff has abandoned the case.

This court therefore accepts the report and recommendation (DE # 13), and orders that plaintiff's case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**SO ORDERED.**

**DATE**: March 13, 2008

 s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT